IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-254-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CONSENT JUDGMENT |
| WADE A GESZVAIN, | ) | |
| Defendant. | ) | |

By consent of the parties, it is ORDERED that plaintiff have and recover from the defendant the principal sum of $54,873.67 with interest through March 10, 2010 in the amount of $7,970.36, plus interest thereon at the rate of 4.25%, up through the date of entry of this judgment, for a total amount of $ 62,844.03 plus court cost in the amount of $350.00, and all future cost. This order shall bear interest after entry at the rate, under law, of .27 % per annum.

This the 1 day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE
Eastern District of North Carolina